# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   CR. No.  07-20066-D |
| | ) |
| ANDRE JOHNSON, #06137217 | ) |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Stephanie Z. Johnson applies to the Court for a Writ to have Andre Johnson, now being detained in the Shelby County Jail, 201 Poplar Avenue, Memphis, Tennessee, appear before the Honorable James H. Allen on May 23, 2007, at 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this **14** day of **May**, 2007.

/s/ Stephanie Z. Johnson
Special Assistant U. S. Attorney

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF, SHELBY COUNTY JAIL

**YOU ARE HEREBY COMMANDED** to have Andre Johnson appear before the Honorable James H. Allen at the date and time aforementioned.

ENTERED this   **14th**   day of May, 2007.

 s/Diane K. Vescovo
**UNITED STATES MAGISTRATE JUDGE**